RECEIVED
FEB 09 2017
SSADC

STATE OF INDIANA
IN THE MORGAN COUNTY SUPERIOR COURT NO. 2
CASE Nos.   55D02-1611-F6-1757
            55D02-1610-F3-1521

STATE OF INDIANA

VS.

SAMUEL P. DAWSON
Defendant

CONFIDENTIAL

TO:   Jolene Dixon
      Assistant District Manager
      Social Security Administration
      515 W. Patterson Drive
      Bloomington, IN 47403

## ORDER FOR THE PRODUCTION OF RECORDS

The Court having received a NOTICE OF QUESTION OF DEFENDANT'S COMPETENCY AND REQUEST FOR PSYCHIATRIC EVALUATION filed on 1/30/2017 on behalf of the Defendant herein; and the Court having conducted a hearing on said Notice on 1/30/2017.

The Court finds that concerns exist as to the Defendants capacity, and also finds:

The Defendant claims to be receiving Social Security benefits for a mental disability that the Defendant was either unable to unwilling to describe and disclose.

The Court finds the nature and status and extent of the disability germane to the these proceedings and Orders the Social Security Administration to produce the following:

    The entire file for the Social Security Benefits application and award for:

        **Samuel P. Dawson**    **SS# 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**

    **Including supporting records submitted by Samuel Dawson during in the course of the application or at hearing, and any records or opinions from**

examining physicians and any entries, determinations or opinions made by a hearing officer.

The requestor / entity ordering the production of these documents is:

The Morgan County Superior Court No. 2
10 E. Washington St. PO BOX 1556
Martinsville IN 46151
765 349-5051
765 349-5074

Judge: Hon. Brian H. Williams --
Employed by the State of Indiana
bwilliams@morgancounty.in.gov

This record is being ordered produced to assist in resolving a criminal case brought by the State of Indiana against the Defendant. 55D02-1610-F3-1521 charges the Defendant with Burglary resulting Bodily Injury, a Level 3 Felony subjecting the Defendant to a possible 16 year sentence.

Inquiries, if any, regarding compliance with this order may be directed to the Court at the above address

The Social Security Administration is ordered to produce the records above or provide an explanation of the status of the request within 30 days.

So Ordered as of: 2-6-2017

Judge, Morgan Superior Court No. 2